Entered: January 20th, 2017
Signed: January 20th, 2017

**SO ORDERED**



**DAVID E. RICE**
**U. S. BANKRUPTCY JUDGE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
Baltimore Division

| | | |
|---|---|---|
| **In re:** | * | |
| | * | |
| **MELISSA GORDON** | * | **Case No.: 16-25094-DR** |
| Debtor | * | Chapter 13 |
| | * | |

---

| | | |
|---|---|---|
| **MELISSA GORDON** | * | |
| Movant | * | |
| v. | * | |
| | * | |
| **FREEDOM OF MARYLAND FEDERAL** | * | |
| **CREDIT UNION** | * | |
| Respondent | * | |

### ORDER GRANTING MOTION TO VALUE COLLATERAL
### AND TO AVOID SECURITY INTEREST

Having considered Debtor's Motion, and any response filed thereto, and it appearing that proper notice has been given, pursuant to 11 U.S.C. § 506, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the value of the collateral securing Respondent's claims is $10,700.00; and it is further

**ORDERED**, that at such time as a discharge Order is entered pursuant to 11 U.S.C. §1328(a) in this case, the lien held in favor of Respondent on the Debtor's interest in the property described as: **2013 Hyundai Sonata**, is avoided to the extent of Respondent's unsecured claim, and it is further

**ORDERED**, that if the Respondent has filed a proof of claim, the claim of the Respondent be and hereby is allowed for purposes of distributions under the Debtor's plan as a general secured claim in an

1

amount not to exceed the value of the Respondent's collateral, to be paid at 4.50% interest, and as a general unsecured claim for the balance; and it is further

**ORDERED**, that if the Respondent has not filed a proof of claim, the claim of the Respondent be and hereby is allowed for purposes of distributions under the Debtor's plan as a general secured claim in an amount not to exceed the value of the Respondent's collateral, to be paid at 4.50% interest, and as a general unsecured claim for the balance if a proof of claim is filed on or before the later of (i) the claims bar date previously fixed by this Court, or (ii) twenty-eight (28) days after entry of this Order; and it is further

**ORDERED**, that allowance of the claim of the Respondent as an unsecured claim pursuant to this Order is without prejudice to objection to such claim on other grounds; and it is further

Copies to:

Debtor
Debtor's Counsel
Robert Thomas, II - Chapter 13 Trustee
U.S. Trustee

Michael MacPherson
President and CEO
Freedom of Maryland Federal Credit Union
2019 Emmorton Rd.
Bel Air, 21015

**END OF ORDER**